UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

GREGORY R. BRYANT,

        Plaintiff,

-vs-                                                   Case No. 5:15-cv-322-Oc-10PRL

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

_____/

## O R D E R

On August 12, 2016, the United States Magistrate Judge issued a Report (Doc. 20) recommending that the Commissioner's Decision denying the Plaintiff's claims for Disability Insurance Benefits and Supplemental Security Income Benefits be affirmed. The Plaintiff has filed Objections (Doc. 21) to the Report and Recommendation. The Court will therefore conduct a *de novo* review of the case. See 28 U.S.C. § 636, M.D. Fla. Local Rule 6.02.

The Plaintiff raised one argument in his appeal, which is reasserted in his Objections: that the Administrative Law Judge ("ALJ") did not give sufficient weight to the opinion of Dr. Lamadrid, the Plaintiff's treating physician at the Alachua County Health Department. The Court has reviewed the record and finds that the Plaintiff's arguments are unpersuasive. Substantial evidence exists to support the ALJ's findings.

The Court agrees with the Magistrate Judge that the ALJ properly weighed the opinion of the Plaintiff's treating physician, in light of its inconsistency and lack of support

from the objective evidence. Dr. Lamadrid's November 10, 2009 form opining that Plaintiff could stand or walk less than two hours in an eight hour work day, could sit about two hours in an eight hour work day, would sometimes need to take unpredictable breaks, and would be out of work 1-2 times a month, consisted of mostly check-off boxes. (Tr. 729-731.) This was inconsistent with his treatment records and other medical evidence of record, and therefore the ALJ had good cause to discount Dr. Lamadrid's opinion. See Phillips v. Barnhart, 357 F.3d 1232, 1240-41 (11th Cir. 2004).

Accordingly, upon due consideration, and a *de novo* review of the case, it is hereby ORDERED as follows:

(1)   The Magistrate Judge's Report and Recommendation (Doc. 20) is ADOPTED, CONFIRMED, AND MADE A PART HEREOF;

(2)   The Plaintiff's Objections (Doc. 21) are OVERRULED and his request for oral argument is DENIED;

(3)   Pursuant to sentence four of 42 U.S.C. § 405(g), the Commissioner's Decision denying the Plaintiff's claim for Disability Insurance Benefits and Supplemental Security Income Benefits is AFFIRMED; and

(4)   The Clerk is directed to enter judgment accordingly, terminate all other pending motions and close the file.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 6th day of September, 2016.

UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
             Hon. Philip R. Lammens
             Mari Jo Taylor